ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Blue Rock Structures, Inc. | ) ASBCA No. 62127-ADR |
| | ) |
| Under Contract No. N40085-16-D-6300 | ) |

APPEARANCES FOR THE APPELLANT:   Mr. Brent J. Hartness
                                   President
                                 Mr. Chris Lawson
                                   Vice President

APPEARANCES FOR THE GOVERNMENT:   Craig D. Jensen, Esq.
                                   Navy Chief Trial Attorney
                                 Alana M. Sitterly, Esq.
                                   Trial Attorney

ORDER OF DISMISSAL

The appeal has been withdrawn.  Accordingly, it is dismissed from the Board's docket with prejudice.

Dated:  July 7, 2022

LAURA EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62127-ADR, Appeal of Blue Rock Structures, Inc., rendered in conformance with the Board's Charter.

Dated:  July 7, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals